HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis (P52119)
Jeremiah J. Foley (P85516)
5445 Corporate Drive, Suite 200
Troy, MI  48098
Tel. 248-641-1600
Fax: 248-641-0270
Email:  gforbis@harnessip.com
            jfoley@harnessip.com

Attorneys for MacuHealth, LP

# REQUEST TO THE CLERK FOR SUBPOENA TO SHOPIFY (USA), INC. UNDER 17 U.S.C. § 512(h)

A Shopify user copied MacuHealth LP's website found at MacuHealth.com and placed it on the domain MacuHealthA.com. It is selling what appears to be counterfeit MacuHealth products on said website. Therefore, MacuHealth, LP seeks to subpoena Shopify for information to identify the infringer pursuant to 17 U.S.C. § 512(h). Pursuant to 17 U.S.C. § 512(h)(2)(A) a copy of the DMCA Takedown notice is attached as Exhibit 1. Pursuant to 17 U.S.C. § 512(h)(2)(B), the proposed subpoena is attached as Exhibit 2. Pursuant to 17 U.S.C. § 512(h)(2)(C), a declaration by attorney Jeremiah J. Foley is attached as Exhibit 3.

Respectfully submitted,

Date: May 7, 2025

/s/Jeremiah J. Foley

HARNESS, DICKEY & PIERCE, P.L.C.

Glenn E. Forbis (P52119)<br>
Jeremiah J. Foley (P85516)<br>
5445 Corporate Drive, Suite 200<br>
Troy, MI  48098<br>
Tel. 248-641-1600<br>
Fax: 248-641-0270<br>
Email:  gforbis@harnessip.com<br>
jfoley@harnessip.com

29134103.1