# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan 

In re: MacuHealth LP

Case No. 25-50532

Judge Robert J. White

**SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION
PURSUANT TO 17 U.S.C. 512(h)**

To: Shopify (USA) Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The Items Requested in Exhibit A

| Place: Harness IP 5445 Corporate Dr., Ste. 200, Troy, MI 48098 | Date and Time: 05/19/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

Date: May 23, 2025

CLERK OF COURT

OR

s/Julie Owens
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* MacuHealth, LP, who issues or requests this subpoena, are:

Jeremiah John Foley, 5445 Corporate Dr. Suite 200, Troy, MI 48098; (248)341-1327; jfoley@harnessip.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 25-cv-00531-SI

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## **Exhibit A**

Shopify (USA) Inc. may comply with this subpoena by emailing the requested documents to jfoley@harnessip.com

1. Information sufficient to identify the name and contact details, including email addresses, phone numbers, and physical addresses, of the entity operating the store using Shopify's services found at https://www.macuhealtha.com.